E. Paul Dougherty, Jr. (State Bar No. 182138)
Paul.Dougherty@wilsonelser.com
Darren Le Montree (State Bar No. 198715)
Darren.LeMontree@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:  (213) 443-5101

Attorneys for Defendants
TOSHIBA AMERICA
MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SEAN THOMAS, and DOES 1-10, <br><br> Defendants. <br> _____ | Case No.: SACV10-661 JVS (ANx) <br><br> **PERMANENT INJUNCTION** |

The Court having considered the Application for Entry of Default Judgment filed by Plaintiff TOSHIBA AMERICA MEDICAL SYSTEMS, INC. and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant SEAN THOMAS ("Thomas") is hereby ordered to refrain from accessing Plaintiff's computer systems, or intercepting any communications to or from such computer systems and from using, disclosing or misappropriating any trade secrets of Plaintiff.  Thomas is further ordered to immediately return to Plaintiff's counsel all written and electronic materials which relate or pertain to Plaintiff or its customers, including

**Error! Unknown document property name.**

1  all such materials which were accessed by Thomas through use of Plaintiff's
2  computer systems.  Thomas shall not maintain any physical or electronic copies
3  and shall purge any computer files after they are provided to Plaintiff's counsel.
4  Thomas shall be precluded from representing that he has any affiliation with
5  Plaintiff.  Thomas is further ordered not to make any statements orally or in writing
6  that disparages, defames or damages the reputation of Plaintiff.
7  IT IS SO ORDERED.

9  Dated: August 02, 2011                    _____
                                              HONORABLE JAMES V. SELNA

Error! Unknown document property name.

# PROOF OF SERVICE
## CCP 1013a(3)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 555 South Flower Street, Suite 2700, Los Angeles, California 90071.

On **May 5, 2011,** I served the foregoing document described as:

**[PROPOSED] PERMANENT INJUNCTION** on the interested parties in this action, by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

> **SEAN THOMAS**
> **3615 West Jordan Lane**
> **Anthem, AZ 85086**

[XX]  **VIA MAIL -   I a**m "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

 **XX**   **(Federal)**     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 5, 2011** at Los Angeles, California.

/s/
Irene Guzman-Buelna

3
PERMANENT INJUNCTION

**Error! Unknown document property name.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Error! Unknown document property name.**