E. Paul Dougherty, Jr. (State Bar No. 182138)
Paul.Dougherty@wilsonelser.com
Darren Le Montree (State Bar No. 198715)
Darren.LeMontree@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101

Attorneys for Defendants
TOSHIBA AMERICA
MEDICAL SYSTEMS, INC.

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SEAN THOMAS, and DOES 1-10, <br><br> Defendants. | Case No.: SACV10-661 JVS (ANx) <br><br> **JUDGMENT** |

Default having been entered as against Defendant SEAN THOMAS ("Thomas") on March 14, 2011 and having considered Plaintiff TOSHIBA AMERICA MEDICAL SYSTEMS, INC.'s Application for Entry of Default Judgment, the Court hereby enters Judgment as follows:

   Judgment is entered in favor of TOSHIBA AMERICA MEDICAL SYSTEMS, INC.("Plaintiff") and against SEAN THOMAS  in the amount of $6,000.  Plaintiff shall have its reasonable attorney's fees in the amount of

$72,375.31.  Plaintiff shall also be entitled to cost of suit and all reasonable attorneys' fees and costs to enforce the Judgment.

IT IS SO ORDERED.

Dated: August 02, 2011

_____
HONORABLE JAMES V. SELNA

Error! Unknown document property name.

## PROOF OF SERVICE
## CCP 1013a(3)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 555 South Flower Street, Suite 2700, Los Angeles, California 90071.

On May 5, 2011, I served the foregoing document described as: [PROPOSED] JUDGMENT on the interested parties in this action, by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

> **SEAN THOMAS**
> **3615 West Jordan Lane**
> **Anthem, AZ 85086**

[XX] **VIA MAIL -  I a**m "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

 **XX**   **(Federal)**     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 5, 2011, at Los Angeles, California.

Irene Guzman-Buelna

3

**JUDGMENT**

Error! Unknown document property name.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Error! Unknown document property name.**